# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Daniel Kilbourne                                    Case No:     06-32092
       Sharon Ann Delucia                            Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Debtor Name and Address** | **Amount of Dividend** |
|---|---|
| Daniel Kilbourne<br>Sharon Ann Delucia<br>4145 Laurel Oak Road<br>Richmond, VA  23237 | $229.54 |

Date: 05-26-10                                              /s/Carl M. Bates
                                                        Carl M. Bates
                                                        Chapter 13 Trustee